Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

2008 MAY 20 PM 3:56

David C. Albalah
Allan M. Cohen
McDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, New York 10020-1605

NIXIE           100   DE   1         00  05/15/08
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD

BC: 19899001818         *1527 06134 02 42

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 3

IN RE: Globalstar Capital Corporation et al.

---

| | |
|---|---|
| Advanced Metering and Technologies Inc., ) | |
| ) | |
| Appellant ) | Civil Action No. 08-259 JJF |
| v. ) | |
| ) | |
| Globalstar Capital Corporation et al., ) | |
| ) | |
| Appellee ) | Bankruptcy Case No. 02-10499 PJW |
| | AP 08-31 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/14/03 was docketed in the District Court on 5/2/08:

> Order Approving Settlement Among the Debtors, Creditors'
> Committee, Tile GP Debtors and Loral Space &
> Communications LTD. And Certain Affiliates

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief.** Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

5/20/08

Peter T. Dalleo
Clerk of Court

Date: 5/2/08

Scanned-

To:   U.S. Bankruptcy Court
      Counsel