IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : |
| GLOBALSTAR CAPITAL | : Chapter 11 |
| CORPORATION, et al., | : |
| | : |
| Debtors. | : Bankruptcy Case No. 02-10499-PJW |
| | : Jointly Administered |
| | : |
| _____ | : |
| | : |
| ADVANCED METERING AND , | : |
| TECHNOLOGIES, INC., | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 08-259-JJF |
| | : |
| GLOBALSTAR CAPITAL | : |
| CORPORATION, et al., | : |
| | : |
| Appellee. | : |

### O R D E R

WHEREAS, the above-captioned Bankruptcy Appeal was filed on May 2, 2008;

WHEREAS, to date there has been no substantive activity in this case, and the Notice of Docketing of this appeal sent to David C. Albalah, Esq. and Allan M. Cohen, Esq. of McDerrmott, Will & Emery was returned to the Court as "Not Deliverable as Addressed, Unable to Forward;" (D.I. 4);

WHEREAS, to date, no attorney has entered an appearance on behalf of the Appellant;

WHEREAS, Federal Rule of Bankruptcy Procedure 8001(a) provides for the dismissal of an appeal for failure to prosecute;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. All parties to this action shall show cause why this action should not be dismissed with prejudice no later than **Friday, August 22, 2008.**

2. In light of the return of undeliverable mail to the attorneys who filed this appeal, the Clerk shall mail a copy of this Order directly to the Appellant Corporation, Advanced Metering and Technologies, Inc. at the following address: 401-1529 West Sixth Avenue, Vancouver, British Columbia, Canada V6J1R1.

<u>August 7, 2008</u>
Date

<u>/s/ Joseph J. Farnan, Jr.</u>
UNITED STATES DISTRICT JUDGE