IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| GLOBALSTAR CAPITAL CORPORATION, et al., : | Chapter 11 |
| Debtors. : | Bankruptcy Case No. 02-10499-PJW |
| : | Jointly Administered |
| ADVANCED METERING AND , TECHNOLOGIES, INC., : | |
| Appellant, : | |
| v. : | Civil Action No. 08-259-JJF |
| GLOBALSTAR CAPITAL CORPORATION, et al., : | |
| Appellee. : | |

### O R D E R

WHEREAS, the Court issued an Order (D.I. 5) on August 7, 2008, requiring all parties to this action to show cause why this case should not be dismissed for failure to prosecute;

WHEREAS, to date, no response has been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED**.

August 31, 2008
Date

UNITED STATES DISTRICT JUDGE