Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

08cv259

2008 SEP -2 AM 4:36



Advar
401-1
Vanc
Canar

MOVED / UNKNOWN // DEMENAGE / INCONNU
RETURN TO SENDER
RENVOI A L'EXPEDITEUR
DE 19801
USA

00101/3408

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| GLOBALSTAR CAPITAL CORPORATION, et al., | : Chapter 11 |
| Debtors. | : Bankruptcy Case No. 02-10499-PJW : Jointly Administered |
| ADVANCED METERING AND , TECHNOLOGIES, INC., | : |
| Appellant, | : |
| v. | : Civil Action No. 08-259-JJF |
| GLOBALSTAR CAPITAL CORPORATION, et al., | : |
| Appellee. | : |

### O R D E R

WHEREAS, the above-captioned Bankruptcy Appeal was filed on May 2, 2008;

WHEREAS, to date there has been no substantive activity in this case, and the Notice of Docketing of this appeal sent to David C. Albalah, Esq. and Allan M. Cohen, Esq. of McDerrmott, Will & Emery was returned to the Court as "Not Deliverable as Addressed, Unable to Forward;" (D.I. 4);

WHEREAS, to date, no attorney has entered an appearance on behalf of the Appellant;

WHEREAS, Federal Rule of Bankruptcy Procedure 8001(a) provides for the dismissal of an appeal for failure to prosecute;